```
                FILED          ____ RECEIVED
         ____ ENTERED          ____ SERVED ON
                               COUNSEL/PARTIES OF RECORD

                  MAR - 3 2011

              CLERK US DISTRICT COURT
                DISTRICT OF NEVADA
         BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | |
| ) vs. ) | 2:08-cr-00283-RCJ-RJJ |
| ) DELVIN WARD et al., ) | |
| ) Defendants. ) | **ORDER** |

    Defendants Markette Tillman, Jacorey Taylor, Reginald Dunlap, and Steven Booth are charged with death-penalty-eligible offenses in this case. The Court previously reversed in part the Magistrate Judge's order requiring certain additional pre-authorization discovery. Tillman moved to reconsider, and his co-Defendants joined the motion. The Attorney General has now directed the Government not to seek the death penalty against these four Defendants. (*See* Att'y Gen. Letter, Feb. 17, 2011, ECF No. 472-1). Accordingly, the motion to reconsider and joinders thereto are moot.

    Additionally, Defendants are now entitled to only one court-appointed attorney apiece. *See* 18 U.S.C. § 3005; *United States v. Waggoner*, 339 F.3d 915, 917–18 (9th Cir. 2003). At the March 11, 2011 hearing, the Court will discuss with counsel which court-appointed attorneys will continue to represent Defendants in this case.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Reconsider and Joinders thereto (ECF Nos. 412, 413, 415, 420) are DENIED as moot.

IT IS SO ORDERED.

Dated this 2nd day of March, 2011.

_____
ROBERT C. JONES
United States District Judge