RENE L. VALLADARES
Federal Public Defender
NV State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for to Anthony Mabry

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTHONY MABRY,<br><br>        Defendant. | Case No. 2:08-cr-00283-APG-MDC<br><br>**Stipulation to Continue Revocation Hearing**<br>(First Request) |

     IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Steven Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Anthony Mabry, that the Revocation of Supervised Release Hearing set for August 13, 2024, at 11:00 AM, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

     This Stipulation is entered into for the following reasons:

     1.    Defense counsel is out of the district and requires additional time to meet with the defendant to determine whether this matter will be

resolved or contested.

2. Failure to grant this extension of time would deprive the defendant of the effective assistance of counsel.

3. The defendant is not detained and consents to the continuance.

4. The parties agree to the continuance.

5. This is the first request for a continuance.

DATED: August 7, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By */s/ Steven Rose*<br>STEVEN ROSE<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-cr-00283-APG-MDC |
| Plaintiff, | **ORDER** |
| v. | |
| ANTHONY MABRY, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for August 13, 2024 at 11:00 a.m., be vacated and continued to October 16, 2024 at the hour of 10:00 a.m. in Courtroom 6C.

DATED this 8th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE

3